No. 8859. STATE OF MONTANA on the Relation of SHER-
MAN W. SMITH, RESPONDENT, v. A. F. WINKLER, ET AL.,
APPELLANTS.

Decided Dec. 16, 1949.

*Mr. R. V. Bottomly,* Attorney General, Helena, *Mr. William
A. Brown,* Spec. Asst. Atty. Gen., Helena, *Mr. Myles J. Thomas,*
Sp. Asst. Atty. Gen., Helena, for Appellant.

*Mr. Lloyd J. Skedd,* Helena, Montana, for Respondent.

Per Curiam.

On application of Myles J. Thomas, counsel for appellants, and pursuant to written praecipe, this cause is ordered dismissed as fully settled on its merits.